-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
September 13, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR.S-06-0337-FCD |
| Plaintiff, ) | |
| v.               ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| JOHN HIN, ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release JOHN HIN, Case No. CR.S-06-0337-FCD from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of $200,000.00

    ___ Unsecured Appearance Bond

    ___ Appearance Bond with 10% Deposit

    _X_ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

    _X_ (Other) Conditions as stated on the record

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on September 13, 2006 at 3:30 pm.

By    **GREGORY G. HOLLOWS**
~~Kimberly J. Mueller~~ /E Gov~~/ G. Hollows
United States Magistrate Judge