```
McGREGOR W. SCOTT
United States Attorney
ROBERT M. TWISS
Assistant United States Attorneys
501 I Street, 10th Floor
Sacramento, California 95814
Telephone:  (916) 554-2767
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | CR. No. S-06-337 EJG |
| )  Plaintiff,  ) | STIPULATION AND ORDER |
| v.  ) | |
| ) | |
| CHRISTY TAN,  ) | |
| ) | |
| Defendant.  ) | |
| _____) | |

   The defendants, through their undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that the status conference hearing currently scheduled for Friday, April 13, 2007, should be vacated and continued until Friday, May 25, 2007, at 10:00 a.m. for entry of guilty plea.

   The continuance is necessary to allow defense counsel sufficient time to meet with and advise their respective clients with regard to entry of pleas.  The parties further agree and stipulate that time should be excluded under the Speedy Trial Act due to needs of counsel to prepare [local code T4] up to and including May 25, 2007.

///

1  Accordingly, the defendants and the United States agree and
2  stipulate that the status conference should be continued until
3  10:00 a.m. on Friday, May 25, 2007.  Furthermore, the Defendants
4  and the United States agree and stipulate that the needs of
5  counsel to advise their respective clients exceed the needs of
6  the public for a trial within 70 days, so that the interests of
7  justice warrants a further exclusion of time.

Dated: April 9, 2007

                                          McGREGOR W. SCOTT
                                          United States Attorney

                                      /s/ Robert M. Twiss
                              By:_____
                                    ROBERT M. TWISS
                                    Assistant U.S. Attorney

Dated: April 9, 2007

                                          CHRISTY TAN
                                          Defendant


                                    By:/s/William E. Bonham
                                      WILLIAM BONHAM
                                      Counsel for Defendant

Dated: April 9, 2007

                                          WEI LUN ZHOU
                                          Defendant


                                    By:/s/ Robert M. Holley
                                      ROBERT M. HOLLEY
                                     Counsel for Defendant

Dated: April 9, 2007

                                          JOHN HIN
                                          Defendant


                                    By:/s/ Timothy Warriner
                                      TIMOTHY WARRINER
                                     Counsel for Defendant

ORDER

IT IS SO ORDERED.  This matter is continued until 10:00 a.m. on Friday, May 25, 2007 for further status.

I find that the continuance is necessary to allow defense counsel sufficient time to meet with and advise their respective clients regarding their plea.  I further find that the needs of counsel to evaluate the plea and advise their clients exceed the needs of the public for a trial within 70 days, so that the interests of justice warrants a further exclusion of time. Accordingly, time should be excluded under the Speedy Trial Act due to needs of counsel to prepare [local code T4] up to and including May 25, 2007.

Dated: April 10, 2007

/s/ Edward J. Garcia
EDWARD J. GARCIA
Senior U.S. District Judge