McGREGOR W. SCOTT
United States Attorney
ROBERT M. TWISS
Assistant United States Attorneys
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2767

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. S-06-337 EJG |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| JOHN HIN, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    The defendant, through his undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that the hearing for imposition of judgment and sentence should be continued until Friday, December 12, 2007.

    The following schedule will apply regarding the preparation and corrections of the pre-sentence report:

    Proposed pre-sentence Report     November 9, 2007

    Written objections to draft PSR     November 23, 2007

    Final Pre-Sentence Report     November 30, 2007

    Motions for correction of PSR     December 7, 2007

    Judgment and Sentence Hearing     December 14, 2007

///

1    The continuance is necessary to allow defendant Him to
2 complete his obligations under the plea agreement.
3    Counsel for Defendant Hin is in agreement and has authorized
4 the undersigned counsel for the United States to sign for him.

Dated: July 10, 2007

                                         McGREGOR W. SCOTT
                                         United States Attorney

                                         /s/ Robert M. Twiss
                         By:_____
                             ROBERT M. TWISS
                             Assistant U.S. Attorney

Dated: July 10, 2007

                                         JOHN HIN
                                         Defendant

                                       /s/ Robert M. Twiss for
                         By:_____
                             TIM WARRINER
                             Counsel for Defendant

                 ORDER

   IT IS SO ORDERED.  This matter is continued until 10:00 a.m. on Friday, December 14, 2007 for imposition of judgment and sentence.

Dated: July 11, 2007
                                           /s/ Edward J. Garcia
                                           EDWARD J. GARCIA
                                           Senior U.S. District Judge