1
LAW OFFICES OF
CHRISTOPHER H. WING
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

ATTORNEYS FOR:   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | No. CR. 06-0337 EJG |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING SENTENCING HEARING HEARING FROM, FEBRUARY 29, 2008 TO, APRIL 25, 2008 AT 10:00 AM; SCHEDULE FOR PROBATION REPORT |
| v. | |
| PHILIP YU, ET AL, | |
| Defendant, | |

**ORDER**

This matter having come on before me pursuant to the stipulation of the parties and good cause appearing therefore,

//
//
//
//
//
//
//
//

/ / /

1

IT IS ORDERED THAT: the Sentencing Hearing now set for February 29, 2008 is vacated and the matter set for a Sentencing Hearing for both Defendants YU and HIN on April 25, 2008 at 10:00 am and further that Informal objections will be due on or before April 4, 2008, the Final Report of the Probation Officer will be filed by April 11, 2008 and that any Motion to Correct and Sentencing Memoranda filed by April 18, 2008

Dated:  February 27, 2008

/s/ Edward J. Garcia
UNITED STATES DISTRICT COURT JUDGE

///