LAW OFFICES OF
**CHRISTOPHER H. WING**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

ATTORNEYS FOR:   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                              Plaintiff,<br><br>   v.<br><br>PHILIP YU, ET AL,<br>                              Defendant, | No. CR. 06-0337 EJG<br>ORDER CONTINUING SENTENCING HEARING HEARING FROM, APRIL 25, 2008 TO, AUGUST 1, 2008 AT 10:00 AM;<br>SCHEDULE FOR PROBATION REPORT   **AS MODIFIED** |

**ORDER**

This matter having come on before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT: the Sentencing Hearing now set for April 25, 2008 is vacated and the matter set for a Sentencing Hearing for both Defendants YU and HIN on August *8,*** 2008 at 10:00 am and further that Informal objections will be due on or before July 2, 2008, the Final Report of the Probation Officer will be filed by July 18, 2008 and that any Motion to Correct and Sentencing Memoranda and Defendant's Sentencing Recommendation be filed by July 25, 2008.

Dated:   April 21, 2008

/s/ Edward J. Garcia
UNITED STATES DISTRICT COURT JUDGE

/ / /

1