LAW OFFICES OF
CHRISTOPHER H. WING
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
FAX (916) 441-1575

## MEMORANDUM

DATE: August 12, 2008

TO: Honorable Edward J. Garcia,
Judge of the United States District Court for the Eastern
District of California

FROM:  CHW

RE:  United States v. Philip Yu, et. al:  **CR 06 0337 EJG**
<u>Continuance of Judgment and Sentencing</u>

Your Honor:

  Pursuant to the agreement of the government, counsel for Defendants Hin and Yu and the Probation Officer, we wish to continue the Judgment and Sentence for both Defendants Hin and Yu from August 22, 2008 at 10:00 AM to September 26, 2008 at 10:00 AM.  This date has been deemed available by your Court Clerk.

  Though the matter has been continued previously, the Probation Officer and defense counsel for Defendant Yu are expecting a follow up report from Dr. Wong concerning her supplemental report concerning Mr. Yu.  It is expected to be available to the Probation Officer when she returns from vacation later this month and is relevant to the Court's sentencing decision as to Mr. Yu.

  By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court Calendar.

  Respectfully Submitted

_____ Approve

_____ Disapprove

Dated:  8/12/08

CHRISTOPHER H. WING

EDWARD J. GARCIA
Senior United States District Judge

Cc: Colleen Lydon – Clydon@cacd.uscourts.gov
  AUSA Robert M. Twiss – Robert.twiss@usdoj.gov
  Tim Warriner – tcw@warrinerlaw.com
  Teresa Hofman – Teresa_Hoffman@caep.uscourts.gov
  Ms. Riley-Portal – YRiley-Portal@cacd.uscourts.gov

LAW OFFICES OF
## CHRISTOPHER H. WING
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
FAX (916) 441-1575

## PROPOSED SCHEDULE FOR DISCLOSURE OF PRESENTENCE
## REPORT AND FOR FILING OF OBJECTIONS TO PRESENTENCE REPORT [PSR]

The Probation Officer and all parties shall adhere to this schedule unless it is later Modified by the Court:

| | |
|---|---|
| Judgment and Sentencing Date: | September 26, 2008 |
| Motion for Correction of PSR filed with the Court and served on the Probation Officer and opposing Counsel no later than: | September 19, 2008 |
| The PSR shall be filed with the Court and disclosed to counsel no later than: | September 12, 2008 |

~5616645.doc