```
1  McGREGOR W. SCOTT
   United States Attorney
2  ROBERT M. TWISS
   Assistant U.S. Attorney
3  501 I Street, 10th Floor
   Sacramento, California 95814
4  Telephone: (916) 554-2767
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA    )
                               )   Case No. CR S-06-337 EJG
12              Plaintiff,     )
                               )
13        v.                   )
                               )
14 SEALED                      )
                               )
15              Defendant.     )
   _____)
16
17                      SEALING ORDER
18     Upon application of the United States of America and good cause
19 having been shown,
20     IT IS HEREBY ORDERED that the attached document dated September
21 25, 2008 in the above referenced case shall be sealed until further
22 order of the Court except for copies for use by the United States.
23 DATED: September 26, 2008
24                                    _____
                                      HONORABLE EDWARD J. GARCIA
25                                    Senior U.S. District Judge
26
27
28

                                1
```