Timothy E. Warriner (SB#166128)
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
JOHN HIN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR S-06-0337 EJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION FOR ORDER AND |
| | ) | ORDER EXONERATING BOND |
| v. | ) | |
| | ) | |
| JOHN HIN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On September 26, 2008, the defendant in the above captioned matter was sentenced to serve a term of 20 months in the Bureau of Prisons and is now serving that term at the Sheridan (Oregon) Camp. Defendant previously posted a $200,000 appearance bond secured by a deed of trust against the property of Raymond Tac Hien, located in Oakland, California. Accordingly, the surety for defendant's bail bond is entitled to the release of the home title, and it is respectfully requested that this Court direct the Clerk of the Court to reconvey title forthwith, and that the bond be exonerated.

DATED: November 25, 2008         /s/ Tim Warriner, Attorney for Defendant,
                                 JOHN HIN

1

1
2   IT IS SO ORDERED
3
4   DATED: November 25, 2008            /s/ Edward J. Garcia
                                        UNITED STATES DISTRICT JUDGE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28                                      2